984

NATIONAL WESTMINSTER BANK, PLC, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

National Westminster Bank, PLC, Plaintiff–Appellant,

v.

United States, Defendant–Appellee.

Nos. 2007–5028, 2007–5036.

United States Court of Appeals, Federal Circuit.

March 28, 2007.

*ORDER*

Upon consideration of National Westminster Bank, PLC's motion to voluntarily dismiss appeal no. 2007–5036,

IT IS ORDERED THAT:

(1) Appeal no. 2007–5036 is dismissed. The revised official captions are reflected above.

(2) All parties shall bear their own costs in 2007–5036.

FRESENIUS USA, INC. and Fresenius Medical Care Holdings, Inc., Plaintiffs–Appellants,

v.

BAXTER INTERNATIONAL, INC. and Baxter Healthcare Corporation, Defendants–Appellees.

No. 2007–1193.

United States Court of Appeals, Federal Circuit.

March 28, 2007.

*ORDER*

Upon consideration of Fresenius USA, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.